UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ESTER GIANNULIS,

    Plaintiff,

v.

COUNTRYSIDE SURGERY CENTER, LTD,

    Defendant.

CASE NO. _____

L.C. Case No. 19-007035-CI

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Countryside Surgery Center, LTD ( "Defendant") by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, hereby removes this action from the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. A short and plain statement of the grounds for removal is as follows:

1. On October 23, 2019, Plaintiff filed this action against Defendant in the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Case No. 19-007035-CI, styled *Ester Giannulis v. Countryside Surgery Center, LTD*.

2. The Summons and Complaint were served on Defendant on October 31, 2019. Pursuant to 28 U.S.C. § 1446(b), this notice is filed timely within thirty (30) days after Defendant received Plaintiff's Summons and Complaint.

3. Plaintiff's Complaint contains a claim for unpaid overtime wages under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). This Court has original jurisdiction with respect to the FLSA claim because it is an action to recover damages or to

secure equitable relief or any other relief under an Act of Congress. Therefore, removal to this Court of the FLSA claim is proper.

4. The events alleged by Plaintiff giving rise to Plaintiff's FLSA claim allegedly occurred in Pinellas County, Florida, which is within this Court's district. (Complaint at ¶ 2.) Accordingly, venue is proper in the Tampa Division of the United States District Court, Middle District of Florida. M.D. Fla. Loc. R. 1.02(b)(4).

5. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached a copy of all process, pleadings, and orders served upon Defendant in this action. In addition, pursuant to United States District Court for the Middle District of Florida, Local Rule 4.02(b), Defendant has attached "a true and legible copy of all process, pleadings, orders and other papers or exhibits of every kind, including depositions, then on file in the state court." (See attached Composite Exhibit A.)

6. Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be served on Plaintiff, the only adverse party, and a copy of this Notice will also be filed with the Circuit Court of the Sixth Judicial Circuit in and for Pinellas County, Florida. (See attached Exhibit B.)

WHEREFORE, on the basis of the foregoing, Defendant respectfully submits that removal of this action from the Sixth Judicial Circuit in and for Pinellas County, Florida to this Court is proper.

Dated this 20th day of November, 2019.

Respectfully submitted,

By: /s/ Tracey K. Jaensch
    Tracey K. Jaensch, B.C.S.
    Florida Bar No. 907057
    E-mail:  tjaensch@fordharrison.com

FORD & HARRISON LLP
101 E. Kennedy Blvd., Suite 900
Tampa, FL  33602
(813) 261-7800  Telephone
(813) 261-7899  Facsimile

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 20, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been sent via e-mail to:

Christopher J. Saba, Esq.
Wenzel Fenton Cabassa, P.A.
1110 N. Florida Ave., Suite 300
Tampa, FL 33602
csaba@wfclaw.com
lsoriano@wfclaw.com

Attorney for Plaintiff

/s/ Tracey K. Jaensch
Tracey K. Jaensch

WSACTIVELLP:10919515.1